IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: l0-CV-20527-UNGARO

ILEANA NOA ESTIT,

        Plaintiff,

v.

RELIASTAR LIFE INSURANCE COMPANY,

        Defendant.
_____/

### PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

      PLAINTIFF, Ileana Noa Estit, by and through undersigned counsel, hereby discloses that the following persons are interested parties in this case:

Ileana Noa Estit – Plaintiff
Miami-Dade County, Florida
c/o Silverstein, Silverstein & Silverstein, P.A.
20801 Biscayne Boulevard, Suite 504
Aventura, Fl 33301

Michael J. Silverstein, Esquire
Plaintiff's Counsel
gsilverstein@ssspa-law.com
Silverstein, Silverstein & Silverstein, P.A.
20801 Biscayne Boulevard, Suite 504
Aventura, Fl 33301

Reliastar Life Insurance Company - Defendant
c/o Chief Financial Officer
P.O. Box 6200 32314-6200
200 E. Gaines Street
Tallahassee FL 32399

Andrew V. Tramont, Esquire
Defendant's Counsel
avt@rtgn-law.com
TRAMONT GUERRA & NUREZ, P.A.
Attorneys for Reliastar Life Insurance Company
2100 Ponce De Leon Boulevard, PH II
Coral Gables, Fl 33134

CASE NO.: l0-CV-20527-UNGARO

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2010, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parities who are not authorized to received electronically Notices of Electronic Filing.

Respectfully submitted:

BY:    /s/Michael J. Silverstein
MICHAEL J. SILVERSTEIN
Florida Bar No. 074083
**SILVERSTEIN, SILVERSTEIN**
        **& SILVERSTEIN, P.A.**
20801 Biscayne Boulevard, Ste 504
Aventura, Florida 33180
Miami-Dade   (305) 935-2500
Broward      (954) 463-1333
Facsimile    (305) 935-3214

## SERVICE LIST

Michael J. Silverstein, Esq. Silverstein
gsilverstein@ssspa-law.com
Silverstein & Silverstein, P.A. 20801
Biscayne Boulevard, Suite 504
Aventura, Florida 33180
Attorney for Plaintiff

Andrew V. Tramont, Esquire
Defendant's Counsel
avt@rtgn-law.com
TRAMONT GUERRA & NUREZ, P.A.
Attorneys for Reliastar Life Insurance Company
2100 Ponce De Leon Boulevard, PH II
Coral Gables, Fl 33134